Dismissed and Memorandum Opinion filed December 21, 2006








Dismissed
and Memorandum Opinion filed December 21, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00382-CV

____________

 

MICHAEL ARLINE and MARY ARLINE, Appellants

 

V.

 

HARRIS COUNTY MUD 50 WATER DISTRICT

and ECO RESOURCES, Appellees

 



 

On Appeal from the
80th District Court

Harris County,
Texas

Trial Court Cause
No. 03-38663

 



 

M E M O R
A N D U M  O P I N I O N

This is
an appeal from a judgment signed January 26, 2006.  On October 12, 2006, this
court ordered the parties to mediation.  Our order required appellants to
confer with appellees and agree on a mediator, or to submit the names of two
acceptable mediators within ten days of the date of the order.  Appellants did
not respond to the order.  On November 9, 2006, this court again ordered
appellants to submit the name of an agreed mediator or two acceptable
mediators, if no agreement could be reached.  Appellants did not comply with
our order.  








On
November 21, 2006, this court notified appellants that failure to comply with
the court=s order would result in dismissal of the appeal.  See Tex. R. App. P. 42.3(c).  Appellants
filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed
December 21, 2006.

Panel consists of Chief Justice Hedges and Justices
Fowler and Edelman.